# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN ZIMMERMAN, | Case Nos.: |
| Plaintiff, | 2:17-cv-00304-GMN-GWF |
| vs. | 2:17-cv-00307-GMN-GWF |
| | 2:17-cv-00397-GMN-GWF |
| GJS GROUP, INC., | 2:17-cv-00433-GMN-GWF |
| | 2:17-cv-00536-GMN-GWF |
| Defendant. | 2:17-cv-00560-GMN-GWF |
| | 2:17-cv-00563-GMN-GWF |
| vs. | 2:17-cv-00569-GMN-GWF |
| | 2:17-cv-00595-GMN-GWF |
| STATE OF NEVADA, ex rel. ADAM PAUL LAXALT, Attorney General, | 2:17-cv-00602-GMN-GWF |
| | 2:17-cv-00830-GMN-GWF |
| | 2:17-cv-00973-GMN-GWF |
| Defendant-Intervenor. | 2:17-cv-00974-GMN-GWF |
| | 2:17-cv-01183-GMN-GWF |
| | 2:17-cv-01194-GMN-GWF |
| And related cases. | 2:17-cv-01198-GMN-GWF |
| | 2:17-cv-01199-GMN-GWF |
| | 2:17-cv-01206-GMN-GWF |
| | 2:17-cv-01209-GMN-GWF |
| | 2:17-cv-01259-GMN-GWF |
| | 2:17-cv-01300-GMN-GWF |
| | 2:17-cv-01302-GMN-GWF |
| | 2:17-cv-01315-GMN-GWF |
| | 2:17-cv-01347-GMN-GWF |
| | 2:17-cv-01358-GMN-GWF |
| | 2:17-cv-01359-GMN-GWF |
| | **ORDER** |

On August 30, 2018, the Court granted the State of Nevada's ("Intervenor's") Motion to Dismiss Plaintiff's Complaint. *See Zimmerman v. GJS Grp., Inc., LLC*, No. 2:17-cv-00304-GMN-GWF (D. Nev. 2017) (Order, ECF No. 73). The Court dismissed without prejudice

1 | Plaintiff's Complaints and Amended Complaints asserting a single cause of action pursuant to
2 | the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101, *et seq.* (*Id.* 10:1–4).

In its Order, the Court granted Plaintiff leave to amend and permitted him to file amended complaints in the above-captioned cases within thirty (30) days of the Order's issuance. (*Id.* 10:10–12). The Court stated that "[f]ailure to do so will result in dismissal of the above-captioned cases with prejudice." (*Id.*) To date, Plaintiff has failed to file any amended complaints and the deadline to do so has passed.

Accordingly,

**IT IS HEREBY ORDERED** that the above-captioned actions are dismissed with prejudice.

The clerk of court is instructed to close the above-captioned cases.

**DATED** this \_\_1\_\_ day of October, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Judge